The People of the State of New York, Respondent,
against
Sameh Rezk, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Erika M. Edwards, J.), rendered July 16, 2015, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Erika M. Edwards, J.), rendered July 16, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. The information - comprising the misdemeanor complaint and the supporting depositions of the arresting officer and a representative of the trademark owner - alleged that at a specified time and location, police observed defendant "display and offer for sale more than 10 Cartier bracelets" bearing "a counterfeit Cartier trademark"; that the bracelets were determined to be counterfeit based upon several specifically enumerated features distinguishing them from genuine Cartier bracelets; and that the allegedly counterfeit trademarks appearing on the bracelets were registered and in use. These factual allegations, "given a fair and not overly restrictive or technical reading" (People v Casey, 95 NY2d 354, 360 [2000]), were sufficient for pleading purposes to establish reasonable cause to believe and a prima facie case that defendant was guilty of trademark counterfeiting in the third degree (see Penal Law § 165.71; see People v Ndiaye, 44 Misc 3d 135[A], 2014 NY Slip Op 51208[U] [App Term, 1st Dept 2014]; People v Wele, 41 Misc 3d 133[A], 2013 NY Slip Op 51804[U] [App Term, 1st Dept 2013], lv denied 22 NY3d 1044 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 22, 2018